**David R. BRADLEY, Appellant,**

v.

**Douglas WEBER, Warden, S.D. State Penitentiary; Thomas Gillcrest, Psychologist, S.D.S.P.; Gary Taylor, Unit Manager, S.D.S.P.; Jeff Bloomberg, S.D.S.P., Secretary of D.O.C., Appellees.**

No. 03–1728.

United States Court of Appeals, Eighth Circuit.

Submitted July 21, 2003.

Decided Aug. 6, 2003.

Before MORRIS SHEPPARD ARNOLD, MURPHY, and MELLOY, Circuit Judges.

trict of Arkansas.

PER CURIAM.

South Dakota inmate David R. Bradley appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action, and determining that the dismissal was a "third strike" under 28 U.S.C. § 1915(g). Upon review, we are unable to find two previous dismissals that qualify as "strikes," and we therefore grant Bradley leave to appeal in forma pauperis. We conclude, however, that dismissal of the action was proper, because Bradley's amended complaint failed to state a claim. *See Moore v. Sims,* 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (standard of review).

Accordingly, we summarily affirm the dismissal, *see* 8th Cir. R. 47A(a), and we vacate the portion of the district court's order which states that the dismissal constituted a third "strike."

1. The Honorable Richard H. Battey, United States District Judge for the District of South Dakota.